UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KIRK ANTHONY BENNETT,**

    **Plaintiff,**

v.                                            **Case No. 5:23-cv-224-MCR-MJF**

**UNITED STATES OF AMERICA,**
**et al.**

    **Defendants.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated February 3, 2024. ECF No. 26. The Court furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having fully considered the Report and Recommendation, and all timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 26, is adopted and incorporated by reference into this Order.

2. The case is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim on which relief can be granted.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**